ACCEPTED
01-15-00145-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 3:37:39 PM
CHRISTOPHER A. PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 4132818
By: Duane Gilmore
Filed: 2/12/2015 3:47:49 PM

CAUSE NO. 2014-13474

| | | |
|---|---|---|
| INTEGRITY TITLE LLC AND MARIAN CONES, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY APPRAISAL DISTRICT, | § | |
| | § | |
| Defendant. | § | 151st JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 2:39:17 PM
HARRIS COUNTY, TEXAS
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

The Harris County Appraisal District, Defendant in the above-numbered and entitled cause, desires to appeal from the judgment against Defendant signed on January 7, 2015, and in lieu of appeal bond from which Defendant is exempt, give this notice of appeal from such judgment and all portions thereof to the Court of Appeals for the First or Fourteenth Supreme Judicial District of Texas at Houston.

Dated this 11th day of February, 2015.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By: _____
Andrea Chan
State Bar No. 04086600
achan@olsonllp.com
Donna L. Johnson
State Bar No. 24068896
djohnson@olsonllp.com
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone: (713) 533-3800
Telecopier: (713) 533-3888

ATTORNEYS FOR DEFENDANT

2014-13474
Notice of Appeal

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015 a true and correct copy of the foregoing Defendant's Notice of Appeal was sent by facsimile transmission to Bill Aleshire, 700 Lavaca Suite 1400 Austin, Texas 78701, (512) 320-9156.

Donna L. Johnson

2014-13474
Notice of Appeal